**Order entered April 21, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00143-CR

**TORRY GOODSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F13-62599-K**

## ORDER

The Court **REINSTATES** the appeal.

This Court twice abated the appeal for findings regarding supplementation of the record with the jury notes. On April 20, 2016, we received a supplemental record containing the jury notes and the trial court's response to the notes. Accordingly, the appeal may now proceed.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     ADA BROWN
          JUSTICE